**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

LINDSEY BARNETTE,

Plaintiff,

v.

S&S RECOVERY,

Defendant.

Civil Action No.: _3:11-cv-717__________

**COMPLAINT AND DEMAND FOR JURY TRIAL**

LINDSEY BARNETTE, (“Plaintiff”), through her attorneys, KROHN & MOSS, LTD., alleges the following against S&S RECOVERY, (“Defendant”):

**INTRODUCTION**

1. Plaintiff’s Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection and does so through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

3. In the course of attempting to collect on a consumer debt allegedly owed by Plaintiff, Defendant violated the provisions of the FDCPA as set forth herein.

**JURISDICTION AND VENUE**

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before “any appropriate United States district court without regard to the amount in controversy.”

5. Defendant conducts business in the state of Tennessee, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

7. Plaintiff is a natural person residing in Columbia, Caldwell Parish, Louisiana.

8. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national corporation located in Memphis, Tennessee.

**FACTUAL ALLEGATIONS**

11. Defendant places collection calls to Plaintiff at her place of employment seeking and demanding payment of an alleged debt.

12. Defendant calls Plaintiff on her work telephone number at 318-388-1440.

13. Plaintiff informed Defendant in September 2009 and February 2010 that she is not allowed to receive personal telephone calls at work and asked that Defendant stop calling her places of employment. Despite Plaintiff's request, Defendant called Plaintiff on her work number on December 17, 2010 (See picture of caller ID attached as Exhibit A).

14. During the conversation Plaintiff had with Defendant on December 17, 2010, Plaintiff again informed Defendant that she cannot receive personal telephone calls at work and asked Defendant not to call her work number. Defendant

disregarded Plaintiff's request and engaged Plaintiff in a four (4) minute long conversation and implied that legal action would be taken against Plaintiff. To date no lawsuit has been filed. (See transcribed telephone conversation attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

a. Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff at her place of employment even though Defendant was informed that Plaintiff is not allowed to receive personal telephone calls at work and after being asked to stop calling

b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff;

c. Defendant violated §1692e(5) of the FDCPA by threatening to take legal action Plaintiff when Defendant has not and does not intend to take such action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, LINDSEY BARNETTE, respectfully requests judgment be entered against Defendant, S&S RECOVERY, for the following:

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

18. Any other relief to which Plaintiff may be entitled.

RESPECTFULLY SUBMITTED,

DATED: 05/09/11

By: ________________________________

Kelli Denise Mayon, Esq.
Attorney for Plaintiff
4429 Herrmann Street, Apt. D
Metairie Louisiana 70006

Of Counsel
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
(323) 988 2400

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, LINDSEY BARNETTE, demands a jury trial in this case.

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF LOUISIANA)

Plaintiff, LINDSEY BARNETTE, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LINDSEY BARNETTE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

2-1-11
Date

LINDSEY BARNETTE

**EXHIBIT A**

TENNESSEE CALL
9013860710
REC 12/17 3:18P 3:11
























**EXHIBIT B**

**Transcribed Recorded Conversation**

Lindsey Barnette: This is Lindsey.

Nancy Baker: Ms. Barnette, this is Nancy Burkhart, S&S Recovery. Do you still get your mail at 330 LeRoy Road in Columbia.

Lindsey Barnette: I do, but I requested that you all not call my work.

Nancy Baker: This is an attempt to collect a debt and any information obtained will be used for this purpose.

Lindsey Barnette: I understand that, but I have also requested you all not to call my work.

Nancy Baker: Ms. Barnette, could you take a pen and paper, these calls are monitored and recorded for security and compliance purposes.

Lindsey Barnette: Did you not hear what I said?

Nancy Baker: Madam, can you take down my number Ms. Barnette.

Lindsey Barnette: I am telling you I have asked you not to call my work.

Nancy Baker: Ms. Barnette, we are not going to discuss your debt with University of Arkansas you won't write down my number so that when you are not busy you can call me.

Lindsey Barnette: I have your telephone number. You have called me 5,000,000 times. I don't think I am responsible.

Nancy Baker: I haven't called anybody 5,000,000 times Ms. Barnette, if you take my name and number…

Lindsey Barnette: I have your telephone number. I have contacted you all. I have a mail from the finance administration department and I am currently working on it.

Nancy Baker: Ms. Barnette, they have given this to me to get in contact with you to see if you want to voluntarily make arrangements to take care of this.

Lindsey Barnette: I will I told you I would send you payments but I do not have $3000 to hand you .

Nancy Baker: Ms. Barnette, you have not paid anything, it is

_____.

Lindsey Barnette: I know I have not paid anything because it is you tell me I have to pay it in full. You told me that.

Nancy Baker: I won't say _____.

Lindsey Barnette: Listen, I understand that.

Nancy Baker: Would you take down my number Ms Barnette?

Lindsey Barnette: I have your number.

Nancy Baker: Okay, do you have any questions? I am going to go ahead and recommend our client in University of Arkansas Little Rock that you are receiving your bill and that you are even refusing to cooperate by writing down my number.

Lindsey Barnette: I have you telephone number. I have several messages on my answering machine from you.

Nancy Baker: Listen, we are going to take whatever action is necessary to ensure that our client get their money. Do you have any questions?

Lindsey Barnette: What are my questions supposed to be?

Nancy Baker: Ms. Barnette I need to know how you are going to pay you bill, if you are going to do it voluntarily or involuntarily?

Lindsey Barnette: I have told you before I would do it voluntarily, but you also told me that I have to pay in full and I am unable to do that.

Nancy Baker: Okay Ms Barnette I am not going to argue with you. If you are not going to take care of you bill voluntarily, I will let our client know and we will take the necessary steps. Do you have any questions?

Lindsey Barnette: I have told you that I will do it voluntarily.

Nancy Baker: Okay, you are going to do a check, credit card or a debit.

Lindsey Barnette: That is what I am telling you I can't pay you in full.

Nancy Baker: How much do you have Ms Barnette?

Lindsey Barnette: Nothing right now, nothing.

Nancy Baker: How can I work with you Ms. Barnette if you do not have any money? So you are going to choose instead of paying back you debt, an educational debt at the University of Arkansas in Little Rock?

Lindsey Barnette: I am.

Nancy Baker: Okay, well you have a very merry Christmas Ms. Barnette and we will handle taking care of University of Arkansas in Little Rock. Do you have any questions?

Lindsey Barnette: I don't have any questions, please do not call my work again.