IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

LINDSEY BARNETTE,

        Plaintiff,

v.

S&S RECOVERY,

        Defendant.

Case No:  3:11-cv-00717

NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LINDSEY BARNETTE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  July 25, 2011

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon – Local Counsel
4429 Herrmann Street, Apt. D
Metairie Louisiana 70006
kellimayon@gmail.com

Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 241
Fax: (866) 861-1390

- 2 -

**CERTIFICATE OF SERVICE**

     I, Kelli Denise Mayon, certify that a true and correct copy of the foregoing was served electronically to Shawn Harris via email address SHARRIS4@travelers.com upon opposing counsel of record.

                                         By: /s/ Kelli Denise Mayon
                                         Kelli Denise Mayon
                                         Attorney for Plaintiff