## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

LINDSEY BARNETTE,

Case No:  3:11-cv-00717

     Plaintiff,

     v.

S&S RECOVERY,

     Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

     LINDSEY BARNETTE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, S&S RECOVERY (Defendant), in this case.

  DATED:  August 19, 2011

                        By: /s/ Kelli Denise Mayon
                        Kelli Denise Mayon – Local Counsel
                        4429 Herrmann Street, Apt. D
                        Metairie Louisiana 70006
                        kellimayon@gmail.com

                        Krohn & Moss, Ltd
                        10474 Santa Monica Blvd. Suite 401
                        Los Angeles, CA 90025
                        Tel: (323) 988-2400 x 241
                        Fax: (866) 861-1390

## CERTIFICATE OF SERVICE

I, Kelli Denise Mayon, certify that a true and correct copy of the foregoing was served electronically to Shawn Harris via email address SHARRIS4@travelers.com upon opposing counsel of record.

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Jeff Wood, Attorney for Defendant, at e-mail address jwood@crsresults.com.

/s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff

2